UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RAUL ANTONIO TRINIDAD,**

      **Plaintiff,**

**v.**                                        **Case No: 5:23-cv-28-TJC-PRL**

**CVS HEALTH CORPORATION and
CVS PHARMACY, INC.,**

      **Defendants.**

_____

**ORDER**

On April 10, 2023, *pro se* Plaintiff filed a motion for release of video footage and a motion for a copy of his doctor's prescription. (Docs. 18 & 19). It is unclear what basis, if any, there is for either motion. Instead, it appears that Plaintiff is seeking discovery prematurely, and not in accordance with the Federal Rules of Civil Procedure and the Local Rules. Accordingly, the motions are **denied**.

Finally, Plaintiff is again cautioned that despite proceeding *pro se*, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. *See* (Doc. 4). Plaintiffs may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm).

**DONE** and **ORDERED** in Ocala, Florida on May 11, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties