UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RAUL ANTONIO TRINIDAD,

    Plaintiff,

v.                                                            Case No. 5:23-cv-28-TJC-PRL

CVS HEALTH CORPORATION and
CVS PHARMACY, INC.,

    Defendants.

## O R D E R

This case is before the Court on the Defendant's Motion to Dismiss pro se Plaintiff Raul Antonio Trinidad's Amended Complaint. (Doc. 31). On July 28, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 39) recommending that the motion be granted. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 39), it is hereby

**ORDERED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 39) is **ADOPTED** as the opinion of the Court.

2.    Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 31) is **GRANTED**.

3.    Plaintiff's Amended Complaint (Doc. 28) is **DISMISSED**. If Plaintiff has a good faith basis to do so, Plaintiff may file a second amended complaint no later than **September 20, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida the 25th day of August, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

<u>Pro</u> se Plaintiff
P.O. Box 49
Holder, FL 34445

Counsel of record